CHRISTOPHER L. SCILEPPI
LAW OFFICE OF CHRISTOPHER L. SCILEPPI, P.L.L.C.
115 W. Washington Street
Tucson, Arizona 85701
Telephone:     (520) 449-8446
Email:            info@scileppilaw.com
State Bar No: 021591
**Attorney for Defendant** *Sterling Lee Runyon*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**, | 24-MJ-05369-N/A-EJM |
| Plaintiff, | |
| vs. | **MOTION TO EXPEDITE DETENTION HEARING** |
| **Sterling Lee Runyon**, | |
| Defendant. | |

**COMES NOW** Defendant **Sterling Lee Runyon**, by and through undersigned counsel, hereby respectfully request that the Detention hearing currently scheduled Friday, December 20th, 2024, at 10:45 a.m., be expedited to Thursday, December 19, 2024, at 10:45 a.m.

The reason for this request is that undersigned counsel has a calendar conflict with an Evidentiary Hearing in front of the Honorable Bruce Macdonald, at 10:00 a.m. in the matter of *U.S.A. v. Johnson*, an Arraignment at 11:00 a.m. in front of the Honorable Lynette Kimmins, in the matter of *U.S.A. Graham*, a sentencing in front of the Honorable Scott Rash at 11:20 a.m. in the matter of *U.S.A. v. Cadenas-Campos* and a Detention hearing at 12:00 p.m. in front of the Honorable Jacqueline Rateau, in the matter of *U.S.A. v. Kidd*.

Staff for the undersigned counsel has contacted counsel for the State, Assistant U.S. Attorney, Alexandria Saquella, to learn whether she had an objection to expediting the Detention hearing and she has indicated that she has **NO OBJECTION**.

Pre-trial Service Officer Lukas Johnson has indicated that he has **NO OBJECTION.**

For the reasons expressed herein, undersigned counsel and counsel for the government respectfully request this Court grant this motion and expedite the Detention hearing currently scheduled Friday, December 20th, 2024, at 10:45 a.m., be expedited to Thursday, December 19, 2024, at 10:45 a.m.

**RESPECTFULLY SUBMITTED** this 17th day of December 2024.

LAW OFFICES OF CHRISTOPHER L. SCILEPPI, P.L.LC.


By   */s/ Christopher L. Scileppi*
    Christopher L. Scileppi, Esq.
    Attorney for Defendant


Certificate of Service:  I certify that on this day, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alexandria Saquella, Esq.
Assistant United States Attorney
United States Attorney's Office
Tucson, Arizona