| | |
|---|---|
| 1 | GARY M. RESTAINO |
| | United States Attorney |
| 2 | District of Arizona |
| | ALEXANDRIA SAQUELLA |
| 3 | Assistant U.S. Attorney |
| | United States Courthouse |
| 4 | 405 West Congress, Suite 4800 |
| | Tucson, Arizona 85701-5040 |
| 5 | Telephone: (520) 620-7300 |
| | E-mail: alexandria.saquella@usdoj.gov |
| 6 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Mag. No. 24-05369M (EJM) |
| Plaintiff, | |
| vs. | STIPULATION AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESSES WITHOUT TAKING VIDEO DEPOSITION |
| Halston D Oir Washington, | |
| Defendant. | |

The United States of America, through undersigned counsel, and the defendant, individually and through counsel, do hereby agree and stipulate as follows:

1. Jovani Alejandro Gonzalez-Mejia and Lizbeth Jimenez-Hernandez (hereinafter referred to as "material witnesses"), are not natural born or naturalized citizens, legal permanent residents, or nationals of the United States;

2. The material witnesses entered the United States illegally on or about December 7, 2024;

3. The material witnesses were transported in the vehicle where defendant Halston D Oir Washington was a passenger;

4. The parties also jointly agree that as a result of this stipulation, the material witnesses will be returned to their country of origin and thus unavailable as defined in Fed. R. Evid. 804;

5. Therefore, the parties agree that the government may elicit hearsay testimony from any agent regarding any statements made by the above-referenced material witnesses

1  contained in the disclosure, and such testimony shall be admitted as substantive evidence
2  in any hearing or trial in the above captioned matter.
3      Based on the foregoing, the parties jointly move for the release of the above-named
4  material witnesses to the Department of Homeland Security for return to their country of
5  origin.
6      Respectfully submitted this __30__ day of __December__, 2024.

                                          GARY M. RESTAINO
                                          United States Attorney
                                          District of Arizona

                                          ALEXANDRIA SAQUELLA
                                          Assistant U.S. Attorney

    I translated or caused to be translated this agreement from English into Spanish to the defendant on the ___ day of _____, 2024.

_____
Enrique Rene Gonzales, Jr., Esq.
Attorney for Defendant

I understand and agree to the terms of this stipulation.

_____
Halston D Oir Washington
Defendant