GARY M. RESTAINO
United States Attorney
District of Arizona
ALEXANDRIA SAQUELLA
Assistant U.S. Attorney
United States Courthouse
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
E-mail: alexandria.saquella@usdoj.gov
Attorneys for Plaintiff

FILED
2024 DEC 30 PM 1:59
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR24-09257 TUC-AMM(EJM)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

        Plaintiff,

v.

1. Sterling Lee Runyon,
   (Counts 1-3)

2. Halston D Oir Washington,
   (Counts 1-3)

        Defendants.

**INDICTMENT**

VIOLATIONS:
8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(B)(i)
(Conspiracy to Transport Illegal Aliens for Profit)
**Count 1**

8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(B)(i)
18 U.S.C. § 2
(Transportation of Illegal Aliens for Profit)
**Counts 2-3**

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

From a date unknown to on or about December 7, 2024, in the District of Arizona, Sterling Lee Runyon and Halston D Oir Washington, did knowingly and intentionally combine, conspire, confederate, and agree together and with various other persons known and unknown to the grand jury, to transport and move illegal aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage or private financial gain, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**COUNT 2**

On or about December 7, 2024, in the District of Arizona, Sterling Lee Runyon and Halston D Oir Washington, knowing and in reckless disregard of the fact that an alien, Jovani Alejandro Gonzalez-Mejia, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.

**COUNT 3**

On or about December 7, 2024, in the District of Arizona, Sterling Lee Runyon and Halston D Oir Washington, knowing and in reckless disregard of the fact that an alien, Lizbeth Jimenez-Hernandez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: December 30, 2024

REDACTED FOR PUBLIC DISCLOSURE

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
ALEXANDRIA SAQUELLA
Assistant U.S. Attorney

*United States of America v. Sterling Lee Runyon, et al.*
*Indictment Page 2 of 2*