GARY M. RESTAINO
United States Attorney
District of Arizona
ALEXANDRIA SAQUELLA
Assistant U.S. Attorney
United States Courthouse
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
E-mail: alexandria.saquella@usdoj.gov
Attorneys for Plaintiff

☒ FILED    ☐ LODGED

# Dec 31 2024

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Sterling Lee Runyon,

Defendant.

CR 24-9257-TUC-AMM-EJM

Mag. No. 24-05369M (EJM)

STIPULATION AND JOINT MOTION
FOR RELEASE OF MATERIAL
WITNESSES WITHOUT TAKING
VIDEO DEPOSITION

The United States of America, through undersigned counsel, and the defendant, individually and through counsel, do hereby agree and stipulate as follows:

1.    Jovani Alejandro Gonzalez-Mejia and Lizbeth Jimenez-Hernandez (hereinafter referred to as "material witnesses"), are not natural born or naturalized citizens, legal permanent residents, or nationals of the United States;

2.    The material witnesses entered the United States illegally on or about December 7, 2024;

3.    The material witnesses were transported in the vehicle where defendant Sterling Lee Runyon was the driver;

4.    The parties also jointly agree that as a result of this stipulation, the material witnesses will be returned to their country of origin and thus unavailable as defined in Fed. R. Evid. 804;

5.    Therefore, the parties agree that the government may elicit hearsay testimony from any agent regarding any statements made by the above-referenced material witnesses

1  contained in the disclosure, and such testimony shall be admitted as substantive evidence

2  in any hearing or trial in the above captioned matter.

3        Based on the foregoing, the parties jointly move for the release of the above-named

4  material witnesses to the Department of Homeland Security for return to their country of

5  origin.

6        Respectfully submitted this __31__ day of __December__, 2024.

7

8                        GARY M. RESTAINO
                         United States Attorney
9                        District of Arizona

10

11                       ALEXANDRIA SAQUELLA
                         Assistant U.S. Attorney
12

13        I translated or caused to be translated this agreement from English into Spanish to

14  the defendant on the ___ day of _____, 2024.

15

16

17  Christopher L. Scileppi, Esq.
    Attorney for Defendant
18

19  I understand and agree to the terms of this stipulation.

20

21  Sterling Lee Runyon
    Defendant
22

23

24

25

26

27

28