IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Sterling Lee Runyon,<br>Halston D Oir Washington,<br><br>　　　　Defendants. | CR 24-9257-TUC-AMM-EJM<br>Mag. No. 24-05369M (EJM)<br><br>ORDER FOR RELEASE OF<br>MATERIAL WITNESSES |

Upon joint motion of the parties to this action, and for good cause shown,

IT IS ORDERED directing the United States Marshal to release the material witnesses, Jovani Alejandro Gonzalez-Mejia and Lizbeth Jimenez-Hernandez.

Dated this 31st day of December, 2024.

_____
United States Magistrate Judge