IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Halston Dair Wahington<br><br>    Defendant. | CR 24-09257 TUC-AMM (EJM)<br><br>WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT<br>AND<br>ENTRY OF "NOT GUILTY" PLEA<br>AND<br>ACKNOWLEDGMENT OF TRIAL DATE AND PLEA DEADLINE |

The Defendant and Defendant's attorney acknowledge and agree that:

(1) Defendant's attorney has provided the Defendant a copy of the Indictment;

(2) Defendant's attorney has explained to the Defendant the nature and substance of the charge(s), the maximum penalties applicable to the charge(s), and Defendant's constitutional rights;

(3) Defendant understands there is a right to appear personally at the Arraignment to be advised of the charge(s). Defendant also understands that the execution of this Waiver results in a waiver of the right to appear at the Arraignment;

(4) Defendant's attorney is authorized to appear at the Arraignment on behalf of the Defendant. Defendant's attorney shall enter a plea of "Not Guilty" at the Arraignment on Defendant's behalf.

1     Defendant, having conferred with the attorney of record, waives personal
2 appearance and the reading of the Indictment at Arraignment in this case. Defendant
3 authorizes the entry of a "Not Guilty" plea on behalf of Defendant.
4     Defendant further waives personal notice of the date of trial and acknowledges
5 that the Trial will be on **March 4**, 20**25** at 9:30 a.m. with a Plea Deadline of
6 **February 14**, 20**25** by 3:00 p.m. before the paired Magistrate Judge. Defendant
7 understands that the Court's entry of a plea of "Not Guilty" will conclude the
8 Arraignment in this case.
9
10 Defendant's TRUE NAME is: **Nalston D Oir Washington**
11                                                      (Print True Name)
12
13 DATE: **1/12/2025**
14                               Defendant
15
16                               Witnessed By:
17
18 DATE: **1/12/2025**
19                               Attorney for Defendant
20
21 INDICATE DEFENDANT'S LANGUAGE:
22 [X] ENGLISH
23 [ ] SPANISH
24 [ ] OTHER _____
25
26 Waiver of Personal Appearance at Arraignment
27 And Entry of "Not Guilty" Plea
28 Page 2