GONZO LAW, P.L.L.C.
Enrique R. Gonzales, Jr., Sb#033344
571 N. Grand Ave.
Nogales, AZ 85621
(520) 987-0451
egonzolaw@gmail.com
Attorney for Defendant: Halston D Oir Washington

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No.: 4:24-CR-09257 |
| Plaintiff, | |
| vs. | NOTICE OF CHANGE OF PLEA |
| Halston D Oir Washington, | |
| Defendant | |

NOTICE IS HEREBY GIVEN that the Change of Plea for Defendant, Halston D Oir Washington, will come for hearing before Magistrate Judge ERIC J. MARKOVICH, at the EVO A. DECONCINI UNITED STATES COURTHOUSE, 405 West Congress Street, Tucson, Arizona 85701 on Wednesday February 12,2025, at 11:00 a.m.. or as soon thereafter as counsel may be heard.

RESPECTFULLY SUBMITTED this 29th day of January 2025

GONZO LAW. P.L.L.C.

ENRIQUE R. GONZALES, JR.
Attorney for Defendant

1

The above-signed counsel certifies that this document was transmitted on the same date to the Clerk's Office using the CM/ECF filing system.

Copy of the foregoing electronically delivered on the same date to:

All ECF Participants