**CHRISTOPHER L. SCILEPPI, ESQ.**
**LAW OFFICES OF CHRISTOPHER L. SCILEPPI, P.L.L.C.**
115 W. Washington Street
TUCSON, ARIZONA 85701
Telephone:     (520) 449-8446
Email:             info@scileppilaw.com
STATE BAR NO. 21591
**Attorney for Defendant** *Sterling Lee Runyon*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| United States of America, | ) 24-CR-09257-AMM-EJM |
|---|---|
| Plaintiff, | ) |
| vs. | ) MOTION TO CONTINUE |
| Sterling Lee Runyon, | ) TRIAL AND PLEA DEADLINE |
| Defendant. | ) |

Excludable delay under 18 U.S.C. §3161(h)(8)(A) may occur as a result of this motion or an order based thereon.

**COMES NOW** Defendant, **Sterling Lee Runyon**, by and through counsel undersigned, respectfully requests that the change of plea deadline of February 14th, 2025, be extended, and that the currently scheduled trial date of March 4th, 2025 be continued for a period of at least forty-five (45) days to include any and all deadlines.

This motion is made for the reason that undersigned counsel needs additional time to finalize his investigation and prepare for trial.

Undersigned counsel has contacted Assistant U.S. Attorney Alexandria Saquella, to learn whether she would object to this request and/or a continuance being granted, and she has indicated that she has **NO OBJECTION.**

**WHEREFORE** the reasons expressed herein, undersigned counsel respectfully requests this Court grant this motion, extend the change of the plea deadline, and continue the currently scheduled trial date.

**RESPECTFULLY SUBMITTED** this 18th day of February 2025.

LAW OFFICES OF CHRISTOPHER L. SCILEPPI, P.L.L.C.

  /s/Christopher L. Scileppi  
Christopher L. Scileppi  
Attorney for *Sterling Lee Runyon*

Certificate of Service:  I certify that on this day, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Assistant United States Attorney  
United States Attorney's Office  
Tucson, Arizona